UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AVNET (AUSTRALIA) PTY., LTD.,

    Plaintiff,

v.                                  Case No.3:09-cv-445-J-12MCR

SYNERGISTIC SOFTWARE
SYSTEMS, INC.,

    Defendant.

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

This cause is before the Court on Plaintiff's Motion for Entry of Default Judgment (Doc. 23), filed December 8, 2009.

On December 4, 2009, a default was entered against Defendant pursuant to Fed.R.Civ.P. 55(a). Plaintiff seeks a final default judgment pursuant to Fed.R.Civ.P. 55(b) in the amount of $113,929.75, the total amount past due from the Defendant as of November 16, 2008. Pursuant to Fla. Stat. §§ 687.01 and 55.03, Plaintiff also seeks pre- and post-judgment interest in the following amounts: 1) pre-judgment interest at the rate of 11% from November 16, through December 31, 2008, (a total of 46 days at $34.33 per diem for 2008) in the amount of $1,579.18;[1] pre-judgment interest at the rate of 8% from January 1, 2009 through the date of judgment (a total of 350 days as of this date at $24.97

---

[1] Plaintiff's motion incorrectly calculates 46 days of 2008 pre-judgment interest at $33.44 per diem as $1,579.41.

per diem) in the amount of $8,739.50;[2] and 3) post-judgment interest at the rate of 8% per annum. Upon review of Plaintiff's motion and the record in this case, it is

**ORDERED AND ADJUDGED:**

1. That Plaintiff's Motion for Entry of Default Judgment (Doc. 23) is granted; and

2. That the Clerk is hereby directed to enter a default final judgment in favor of Plaintiff and against Defendant in the amount of $124,248.43 (representing the amount past due of $113,929.75, 2008 pre-judgment interest in the amount of $1,579.18 and 2009 pre-judgment interest in the amount of $8,739.50), with post-judgment interest to accrue at the rate of 8% per annum, and with costs to be assessed according to law.

**DONE AND ORDERED** this ___16th___ day of December 2009.

*Howell W. Melton*
SENIOR UNITED STATES DISTRICT JUDGE

c:
Counsel of Record

---

[2] Plaintiff's motion incorrectly calculates 342 days of 2009 pre-judgment interest through the date the motion was filed at $24.97 per diem as $8,540.05. The correct amount is $8,539.74 to which $199.76, representing another 8 days of pre-judgment interest through the date of judgment, must be added for a total of $8,739.50.